Court of Appeal, Third Circuit, Parish of Evangeline. 208 So.2d 728; 208 So.2d 731.

Writ refused. Under the facts found by the Court of Appeal, the result is correct.

■

210 So.2d 510

**STATE of Louisiana**

**v.**

**George A. SQUARE and James Willie Millsaps.**

**No. 49321.**

June 7, 1968.

In re: James Willie Millsaps applying for writ of certiorari.

The application is denied, reserving to the defendant his right to file an "Application for Admission to Bail", as provided in Art. 313 of the Code of Criminal Procedure.

McCALEB, J., is of the opinion that the application should be granted.

SUMMERS, J., concurs in the refusal of the application but does not agree that the reservation of rights is an appropriate part of the court's disposition.